IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

JOEL VEGA-ORTIZ, ET AL.,

Plaintiffs,

v.

COOPERATIVA DE SEGUROS
MÚLTIPLES DE PUERTO RICO, ET AL.,

Defendants.

CIV. NO.: 19-2056 (SCC)

**JUDGMENT**

Given the agreements in principle reached by the parties, this case is hereby administratively closed for statistical purposes. Once the motions for the approval of the settlement agreements are filed, Docket No. 606, the case will be reopened and the Court will set the necessary hearings.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of September 2025.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE